Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−16924−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ildiko Pekar
   273 Leonia Avenue
   Leonia, NJ 07605−1616

Social Security No.:
   xxx−xx−7731

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 04/04/2019 and a confirmation hearing on such Plan has been scheduled for 6/13/2019 at 08:30 AM.

The debtor filed a Modified Plan on 06/13/2019 and a confirmation hearing on the Modified Plan is scheduled for 07/25/2019 at 08:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: June 14, 2019
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Ildiko Pekar  
  Debtor

Case No. 19-16924-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Jun 14, 2019  
                        Form ID: 186    Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2019.
```
db              Ildiko Pekar,    273 Leonia Avenue,    Leonia, NJ 07605-1616
518164647      American Express,    PO Box 1270,    Newark, NJ 07101-1270
518203355      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern PA 19355-0701
518164648     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX  79998-2235)
518164650      Chase Bank USA NA,    PO Box 15298,    Wilmington, DE 19850-5298
518164652      Fifty East Forty Company LLC,    c/o Mark Krassner, Esq. Borah Goldstein,    377 Broadway,
                New York, NY 10013-3907
518164653      Hackensack University Medical Grou,    PO Box 48339,    Newark, NJ 07101-8539
518165178      Janos Pekar,    273 Leonia Ave,    Leonia, NJ 07605-1616
518164655      PNC Bank,    PO Box 3180,    Pittsburgh, PA 15230-3180
518300969     +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 14 2019 22:38:15     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 14 2019 22:38:13     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518245158     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 14 2019 22:44:40
                Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518164649      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 14 2019 22:44:34
                Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
518164651      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 14 2019 22:38:09     Comenity/Victoria Secret,
                PO Box 659728,    San Antonio, TX 78265-9728
518164654      E-mail/Text: camanagement@mtb.com Jun 14 2019 22:38:08     M&T Bank,    PO Box 844,
                Buffalo, NY 14240-0844
518285918      E-mail/Text: camanagement@mtb.com Jun 14 2019 22:38:08     M&T Bank,
                c/o Schiller Knapp Lefkowitz Hertzel LLP,    Post Office Box 840,    Buffalo, New York 14240
518281668     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 14 2019 22:44:07     Verizon,
                by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 8
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2019 at the address(es) listed below:
```
              Jaclynn McDonnell   on behalf of Debtor Ildiko  Pekar jmcdonnell@norgaardfirm.com,
               sferreira@norgaardfirm.com
              Karl J. Norgaard   on behalf of Debtor Ildiko  Pekar knorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Kevin Gordon McDonald   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION.
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Richard James Tracy, III    on behalf of Creditor    M&T BANK rtracy@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jun 14, 2019
                              Form ID: 186             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 6