Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19–16924–JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Ildiko Pekar
    273 Leonia Avenue
    Leonia, NJ 07605–1616

Social Security No.:
    xxx–xx–7731

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 4/4/19 and a confirmation hearing on such Plan has been scheduled for 6/13/19 @ 8:30 a.m..

The debtor filed a Modified Plan on 8/7/19 and a confirmation hearing on the Modified Plan is scheduled for 9/12/19 @ 8:30 a.m.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: August 9, 2019
JAN: smz

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                          Case No. 19-16924-JKS
Ildiko Pekar                                                    Chapter 13
          Debtor

                                   CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2               Date Rcvd: Aug 09, 2019
                              Form ID: 186             Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2019.
db             Ildiko Pekar,    273 Leonia Avenue,    Leonia, NJ 07605-1616
518164647      American Express,    PO Box 1270,    Newark, NJ 07101-1270
518203355      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern PA 19355-0701
518164648     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO Box 982235,    El Paso, TX 79998-2235)
518164650      Chase Bank USA NA,    PO Box 15298,    Wilmington, DE 19850-5298
518164652      Fifty East Forty Company LLC,    c/o Mark Krassner, Esq. Borah Goldstein,    377 Broadway,
                New York, NY 10013-3907
518164653      Hackensack University Medical Grou,    PO Box 48339,    Newark, NJ 07101-8539
518165178      Janos Pekar,    273 Leonia Ave,    Leonia, NJ 07605-1616
518164655      PNC Bank,    PO Box 3180,    Pittsburgh, PA 15230-3180
518300969     +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 10 2019 00:01:49      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 10 2019 00:01:47      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518245158     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 09 2019 23:59:32
                Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518164649      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 09 2019 23:59:29
                Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
518164651      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 10 2019 00:01:39      Comenity/Victoria Secret,
                PO Box 659728,    San Antonio, TX 78265-9728
518164654      E-mail/Text: camanagement@mtb.com Aug 10 2019 00:01:34       M&T Bank,   PO Box 844,
                Buffalo, NY 14240-0844
518285918      E-mail/Text: camanagement@mtb.com Aug 10 2019 00:01:34       M&T Bank,
                c/o Schiller Knapp Lefkowitz Hertzel LLP,    Post Office Box 840,    Buffalo, New York 14240
518281668     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 09 2019 23:59:32      Verizon,
                by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2019 at the address(es) listed below:
          Jaclynn McDonnell    on behalf of Debtor Ildiko Pekar jmcdonnell@norgaardfirm.com,
           sferreira@norgaardfirm.com
          Karl J. Norgaard    on behalf of Debtor Ildiko Pekar knorgaard@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          Kevin Gordon McDonald    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION.
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Richard James Tracy, III    on behalf of Creditor   M&T BANK rtracy@hillwallack.com,
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Aug 09, 2019
                              Form ID: 186             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                            TOTAL: 6