Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 19−16924−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Ildiko Pekar
273 Leonia Avenue
Leonia, NJ 07605−1616

Social Security No.:
xxx−xx−7731

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date: 12/12/19
Time: 10:00 AM
Location: Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Norgaard O'Boyle, Debtor's Attorney

COMMISSION OR FEES
$3636.50

EXPENSES
$18.80

---

If this is a chapter 13 case, the fees and expenses awarded:

☐ will not reduce the amount to be paid to general unsecured creditors under the plan.

☑ will reduce the amount to be paid to general unsecured creditors under the plan as follows: the amount paid to unsecured creditors will be reduced by the amount of this fee application, if granted.

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 14, 2019
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Ildiko Pekar
Debtor

Case No. 19-16924-JKS
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 2 Date Rcvd: Nov 14, 2019
Form ID: 137 Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2019.

db Ildiko Pekar, 273 Leonia Avenue, Leonia, NJ 07605-1616
aty +Norgaard O'Boyle, 184 Grand Avenue, Englewood, NJ 07631-3578
518164647 American Express, PO Box 1270, Newark, NJ 07101-1270
518203355 American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701
518164648 ++BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238
(address filed with court: Bank of America, PO Box 982235, El Paso, TX 79998-2235)
518164650 Chase Bank USA NA, PO Box 15298, Wilmington, DE 19850-5298
518164652 Fifty East Forty Company LLC, c/o Mark Krassner, Esq. Borah Goldstein, 377 Broadway, New York, NY 10013-3907
518164653 Hackensack University Medical Grou, PO Box 48339, Newark, NJ 07101-8539
518165178 Janos Pekar, 273 Leonia Ave, Leonia, NJ 07605-1616
518164655 PNC Bank, PO Box 3180, Pittsburgh, PA 15230-3180
518300969 +PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101-4982

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

smg E-mail/Text: usanj.njbankr@usdoj.gov Nov 15 2019 00:20:44 U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534
smg +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 15 2019 00:20:40 United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235
518245158 +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 15 2019 00:28:26 Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901
518164649 E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 15 2019 00:26:29 Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281
518164651 E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 15 2019 00:20:24 Comenity/Victoria Secret, PO Box 659728, San Antonio, TX 78265-9728
518164654 E-mail/Text: camanagement@mtb.com Nov 15 2019 00:20:11 M&T Bank, PO Box 844, Buffalo, NY 14240-0844
518285918 E-mail/Text: camanagement@mtb.com Nov 15 2019 00:20:11 M&T Bank, c/o Schiller Knapp Lefkowitz Hertzel LLP, Post Office Box 840, Buffalo, New York 14240
518281668 +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 15 2019 00:26:52 Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901
TOTAL: 8

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2019 at the address(es) listed below:

Jaclynn McDonnell on behalf of Debtor Ildiko Pekar jmcdonnell@norgaardfirm.com, sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com
Jaclynn McDonnell on behalf of Attorney Norgaard O'Boyle jmcdonnell@norgaardfirm.com, sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com
Karl J. Norgaard on behalf of Debtor Ildiko Pekar knorgaard@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
Kevin Gordon McDonald on behalf of Creditor PNC BANK, NATIONAL ASSOCIATION. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
Marie-Ann Greenberg magecf@magtrustee.com

Certificate of Notice Page 4 of 4

District/off: 0312-2 User: admin Page 2 of 2 Date Rcvd: Nov 14, 2019
Form ID: 137 Total Noticed: 19

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Richard James Tracy, III on behalf of Creditor M&T BANK rtracy@hillwallack.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

U.S. Trustee USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7