| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Norgaard, O'Boyle & Hannon<br>184 Grand Avenue<br>Englewood, NJ  07631<br>Phone: (201) 871-1333<br>Counsel to Debtor<br>By:  Jaclynn N. McDonnell, Esq. (JNM - 3123) | **Order Filed on December 23, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>ILDIKO PEKAR,<br><br><br>Debtor. | Case No.:  19-16924<br><br>Chapter:  13<br><br>Judge:  JKS |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 23, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Norgaard, O'Boyle & Hannon_____, the applicant, is allowed a fee of $ _____3,636.50_____ for services rendered and expenses in the amount of $_____18.80_____ for a total of $_____3,655.30_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____n/a_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Ildiko Pekar  
    Debtor

Case No. 19-16924-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 23, 2019  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2019.  
db          Ildiko Pekar,    273 Leonia Avenue,    Leonia, NJ 07605-1616

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2019 at the address(es) listed below:
         Jaclynn  McDonnell    on behalf of Debtor Ildiko  Pekar jmcdonnell@norgaardfirm.com,
          sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com
         Jaclynn  McDonnell    on behalf of Attorney   Norgaard O'Boyle jmcdonnell@norgaardfirm.com,
          sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com
         Karl J. Norgaard    on behalf of Debtor Ildiko  Pekar knorgaard@norgaardfirm.com,
          sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
         Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION.
          kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Richard James Tracy, III    on behalf of Creditor   M&T BANK rtracy@hillwallack.com,
          tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                    TOTAL: 7