**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

**NORGAARD, O'BOYLE & HANNON**
184 Grand Avenue
Englewood, New Jersey 07631
(201) 871-1333
*Attorneys for Debtors*
Jaclynn N. McDonnell (JNM 3123)
jmcdonnell@norgaardfirm.com

Order Filed on August 31, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**ILDIKO PEKAR,**

Debtor.

Chapter 13

Case No. 19-16924 (JKS)

Hearing Date:

### ORDER PERMITTING DEBTOR TO OBTAIN POST-PETITION FINANCING

The relief set forth on the following page, numbered 2, is hereby ORDERED.

**DATED: August 31, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor:  ILDIKO PEKAR
Case No. 19-16924 (JKS)
ORDER PERMITTING DEBTOR TO OBTAIN POST-PETITION FINANCING

THIS MATTER came to the attention of the Court upon the Debtor's Motion for an Order Permitting him to Obtain Post-Petition Financing through the Small Business Association for her spa business. The Court has considered the submissions before it and has listened to the arguments of counsel. The Court finds good cause to make the following order.

It is ORDERED as follows:

1.  The Debtor is permitted to enter a post-petition financing arrangement for the purpose of obtaining financing for her spa business under the same or similar terms further described in the Debtor's Certification.