**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

**NORGAARD, O'BOYLE & HANNON**
184 Grand Avenue
Englewood, New Jersey 07631
(201) 871-1333
*Attorneys for Debtors*
Jaclynn N. McDonnell (JNM 3123)
jmcdonnell@norgaardfirm.com

Order Filed on August 31, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**ILDIKO PEKAR,**

Debtor.

Chapter 13

Case No. 19-16924 (JKS)

Hearing Date:

## ORDER PERMITTING DEBTOR TO OBTAIN POST-PETITION FINANCING

The relief set forth on the following page, numbered 2, is hereby ORDERED.

**DATED: August 31, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor: ILDIKO PEKAR
Case No. 19-16924 (JKS)
ORDER PERMITTING DEBTOR TO OBTAIN POST-PETITION FINANCING
_____

    THIS MATTER came to the attention of the Court upon the Debtor's Motion for an Order Permitting him to Obtain Post-Petition Financing through the Small Business Association for her spa business. The Court has considered the submissions before it and has listened to the arguments of counsel. The Court finds good cause to make the following order.

    It is ORDERED as follows:

    1.    The Debtor is permitted to enter a post-petition financing arrangement for the purpose of obtaining financing for her spa business under the same or similar terms further described in the Debtor's Certification.

United States Bankruptcy Court
District of New Jersey

In re:  
Ildiko Pekar  
    Debtor

Case No. 19-16924-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin    Page 1 of 1    Date Rcvd: Aug 31, 2020  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2020.  
db           Ildiko Pekar,   273 Leonia Avenue,    Leonia, NJ 07605-1616

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2020                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2020 at the address(es) listed below:

         Jaclynn McDonnell    on behalf of Debtor Ildiko Pekar jmcdonnell@norgaardfirm.com, sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com  
         Jaclynn McDonnell    on behalf of Attorney Norgaard O'Boyle jmcdonnell@norgaardfirm.com, sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com  
         Karl J. Norgaard    on behalf of Debtor Ildiko Pekar knorgaard@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com  
         Kevin Gordon McDonald    on behalf of Creditor PNC BANK, NATIONAL ASSOCIATION. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Richard James Tracy, III    on behalf of Creditor M&T BANK rtracy@hillwallack.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                    TOTAL: 7