UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Norgaard, O'Boyle & Hannon
184 Grand Avenue
Englewood, NJ  07631
Phone: (201) 871-1333
Counsel to Debtor
By:  Jaclynn N. McDonnell, Esq. (JNM - 3123)

Order Filed on January 29, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ILDIKO PEKAR,

Debtor.

Case No.:      19-16924

Chapter:          13

Judge:            JKS

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: January 29, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Norgaard, O'Boyle & Hannon_____, the applicant, is allowed a fee of $ _____2,557.50_____ for services rendered and expenses in the amount of $_____319.60_____ for a total of $_____2,877.10_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____n/a_____ months to allow for payment of the above fee.

*rev.8/1/15*

2