UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Norgaard, O'Boyle & Hannon
184 Grand Avenue
Englewood, NJ  07631
Phone: (201) 871-1333
Counsel to Debtor
By:  Jaclynn N. McDonnell, Esq. (JNM - 3123)

In Re:

ILDIKO PEKAR,

Debtor.

Order Filed on September 7, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:     19-16924

Chapter:     13

Judge:     JKS

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 7, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Norgaard, O'Boyle & Hannon_____, the applicant, is allowed a fee of $ \_\_\_\_\_925.00\_\_\_\_\_ for services rendered and expenses in the amount of $\_\_\_\_12.60\_\_\_\_ for a total of $\_\_\_\_\_937.60\_\_\_\_\_ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_\_n/a\_\_\_\_ per month for \_\_\_\_n/a\_\_\_\_ months to allow for payment of the above fee.

*rev.8/1/15*