| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ 07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>ILDIKO PEKAR | Case No.: 19-16924<br>Adv. No.:<br>Hearing Date:<br>Judge: JKS |

### CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 05/10/2022, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
ILDIKO PEKAR
273 LEONIA AVENUE
LEONIA, NJ 07605-1616
Mode of Service: Regular Mail

Attorney for Debtor(s):
KARL J. NORGAARD
NORGAARD O'BOYLE
184 GRAND AVE
ENGLEWOOD, NJ 07631
Mode of Service: Notice of Electronic Filing (NEF)

Dated: May 10, 2022                    By: /S/ Jessica Antoine
                                            Jessica Antoine