| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
|---|---|
| | Case No.: _____ |
| | Chapter: _____ |
| In Re: | Adv. No.: _____ |
| | Hearing Date: _____ |
| | Judge: _____ |

**CERTIFICATION OF SERVICE**

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  _____    _____
                                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

**SERVICE LIST**

American Express
PO Box 1270
Newark, NJ 07101-1270

Verizon
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

American Express
c/o Becket & Lee
PO Box 3001
Malvern, PA 19355-0701

Schiller, Knapp Lefkowitz et al
30 Montgomery Street, Suite 1205
Jersey City, NJ 07302

Bank of America
PO Box 982235
El Paso, TX 79998-2235

KML Law Group
216 Haddon Avenue, Suite 406
Westmount, NJ 08108

Capital One Bank USA NA
PO Box 30281
Salt Lake City, UT 84130-0281

Powers Kirn LLC
728 Marney Highway Suite 200
Moorestown, NJ 08057

Chase Bank USA NA
PO Box 15298
Wilmington, DE 19850-5298

Comenity/Victoria Secret
PO Box 659728
San Antonio, TX 78265-9728

Fifty East Forty Company LLC
c/o Mark Krassner, Esq. Borah Goldstein
377 Broadway
New York, NY 10013-3907

Hackensack University Medical Group
PO Box 48339
Newark, NJ 07101-8539

**SERVICE LIST**

M&T Bank
PO Box 844
Buffalo, NY 14240-0844