Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−16924−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Ildiko Pekar
  273 Leonia Avenue
  Leonia, NJ 07605−1616

Social Security No.:
  xxx−xx−7731

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 18, 2022.

Dated: July 18, 2022
JAN: zlh

Jeanne Naughton
Clerk

Case 19-16924-JKS    Doc 76    Filed 07/20/22    Entered 07/21/22 00:13:38    Desc Imaged
                                Certificate of Notice    Page 2 of 3

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-16924-JKS
Ildiko Pekar                                                                                    Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                       Page 1 of 2
Date Rcvd: Jul 18, 2022                       Form ID: plncf13                                  Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Ildiko Pekar, 273 Leonia Avenue, Leonia, NJ 07605-1616 |
| aty | + | Norgaard O'Boyle, 184 Grand Avenue, Englewood, NJ 07631-3578 |
| 518164652 | | Fifty East Forty Company LLC, c/o Mark Krassner, Esq. Borah Goldstein, 377 Broadway, New York, NY 10013-3907 |
| 518164653 | | Hackensack University Medical Grou, PO Box 48339, Newark, NJ 07101-8539 |
| 518165178 | | Janos Pekar, 273 Leonia Ave, Leonia, NJ 07605-1616 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 18 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 18 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518164647 | | Email/PDF: bncnotices@becket-lee.com | Jul 18 2022 20:51:48 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 518203355 | | Email/PDF: bncnotices@becket-lee.com | Jul 18 2022 20:51:36 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518164648 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 18 2022 20:41:00 | Bank of America, PO Box 982235, El Paso, TX 79998-2235 |
| 518245158 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 18 2022 20:51:18 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518164649 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 18 2022 20:51:46 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518164651 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 18 2022 20:41:00 | Comenity/Victoria Secret, PO Box 659728, San Antonio, TX 78265-9728 |
| 518164650 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 18 2022 20:51:33 | Chase Bank USA NA, PO Box 15298, Wilmington, DE 19850-5298 |
| 518164654 | | Email/Text: camanagement@mtb.com | Jul 18 2022 20:41:00 | M&T Bank, PO Box 844, Buffalo, NY 14240-0844 |
| 518285918 | | Email/Text: camanagement@mtb.com | Jul 18 2022 20:41:00 | M&T Bank, c/o Schiller Knapp Lefkowitz Hertzel LLP, Post Office Box 840, Buffalo, New York 14240 |
| 518164655 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 18 2022 20:41:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230-3180 |
| 518300969 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 18 2022 20:41:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 518281668 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 18 2022 20:51:39 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 18, 2022 | Form ID: plncf13 | Total Noticed: 19 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 20, 2022         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jaclynn McDonnell | on behalf of Attorney Norgaard O'Boyle jmcdonnell@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Jaclynn McDonnell | on behalf of Debtor Ildiko Pekar jmcdonnell@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Karl J. Norgaard | on behalf of Debtor Ildiko Pekar knorgaard@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Phillip Andrew Raymond | on behalf of Creditor M&T BANK phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Richard James Tracy, III | on behalf of Creditor M&T BANK richard.tracy.iii@gmail.com tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers, III | on behalf of Creditor JPMorgan Chase Bank  National Association ecf@powerskirn.com |

TOTAL: 9