

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Norgaard, O'Boyle & Hannon<br>184 Grand Avenue<br>Englewood, NJ  07631<br>Phone: (201) 871-1333<br>Counsel to Debtor<br>By:  Jaclynn N. McDonnell, Esq. | Order Filed on October 20, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ILDIKO PEKAR,<br><br><br>Debtor. | Case No.:    19-16924<br>Chapter:    13<br>Judge:    JKS |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 20, 2022**

*/s/ John K. Sherwood*

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Norgaard, O'Boyle & Hannon_____, the applicant, is allowed a fee of $ ___2,807.00___ for services rendered and expenses in the amount of $___13.20___ for a total of $___2820.20___. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $___125___ per month for ___19___ months to allow for payment of the above fee.

*rev.8/1/15*