**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ildiko Pekar <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7731 <br> EIN   __-_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __-_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19-16924-JKS | |

# Order of Discharge                                                           12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Ildiko Pekar

<u>6/27/24</u>                                                      **By the court:** <u>John K. Sherwood</u>
                                                                           United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                  Case No. 19-16924-JKS

Ildiko Pekar                                                                                                     Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                            User: admin                                    Page 1 of 2

Date Rcvd: Jun 27, 2024                     Form ID: 3180W                            Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Ildiko Pekar, 273 Leonia Avenue, Leonia, NJ 07605-1616 |
| 518164652 | Fifty East Forty Company LLC, c/o Mark Krassner, Esq. Borah Goldstein, 377 Broadway, New York, NY 10013-3907 |
| 518164653 | Hackensack University Medical Grou, PO Box 48339, Newark, NJ 07101-8539 |
| 518165178 | Janos Pekar, 273 Leonia Ave, Leonia, NJ 07605-1616 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Jun 27 2024 21:47:31 | Norgaard O'Boyle, 184 Grand Avenue, Englewood, NJ 07631-3578 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 27 2024 21:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 27 2024 21:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518164647 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2024 22:16:12 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 518203355 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2024 22:04:16 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518164648 | | EDI: BANKAMER | Jun 28 2024 02:12:00 | Bank of America, PO Box 982235, El Paso, TX 79998-2235 |
| 518245158 | + | EDI: AIS.COM | Jun 28 2024 02:12:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518164649 | | EDI: CAPITALONE.COM | Jun 28 2024 02:12:00 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518164651 | | EDI: WFNNB.COM | Jun 28 2024 02:12:00 | Comenity/Victoria Secret, PO Box 659728, San Antonio, TX 78265-9728 |
| 518164650 | | EDI: JPMORGANCHASE | Jun 28 2024 02:12:00 | Chase Bank USA NA, PO Box 15298, Wilmington, DE 19850-5298 |
| 518164654 | | Email/Text: camanagement@mtb.com | Jun 27 2024 21:59:00 | M&T Bank, PO Box 844, Buffalo, NY 14240-0844 |
| 518285918 | | Email/Text: camanagement@mtb.com | Jun 27 2024 21:59:00 | M&T Bank, c/o Schiller Knapp Lefkowitz Hertzel LLP, Post Office Box 840, Buffalo, New York 14240 |
| 518164655 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 27 2024 21:56:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230-3180 |
| 518300969 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 27 2024 21:56:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 27, 2024 | Form ID: 3180W | Total Noticed: 19 |

518281668     + EDI: AIS.COM
                                          Jun 28 2024 02:12:00     Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901

TOTAL: 15

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2024           Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jaclynn McDonnell | on behalf of Creditor Norgaard O'Boyle & Hannon jmcdonnell@genovaburns.com dmendez@genovaburns.com |
| Jaclynn McDonnell | on behalf of Attorney Norgaard O'Boyle jmcdonnell@genovaburns.com dmendez@genovaburns.com |
| Jaclynn McDonnell | on behalf of Debtor Ildiko Pekar jmcdonnell@genovaburns.com dmendez@genovaburns.com |
| Karl J. Norgaard | on behalf of Debtor Ildiko Pekar knorgaard@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Phillip Andrew Raymond | on behalf of Creditor M&T BANK phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| Richard Gerbino | on behalf of Creditor M&T BANK rgerbino@schillerknapp.com lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com |
| Richard James Tracy, III | on behalf of Creditor M&T BANK richard.tracy.iii@gmail.com tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers, III | on behalf of Creditor JPMorgan Chase Bank National Association ecf@powerskirn.com |

TOTAL: 11