Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JULY 10, 2024

### Chapter 13 Case # 19-16924

Re:   ILDIKO PEKAR                                                      Atty:   KARL J. NORGAARD
      273 LEONIA AVENUE                                                         NORGAARD O'BOYLE
      LEONIA, NJ  07605-1616                                                    184 GRAND AVE
                                                                                ENGLEWOOD, NJ  07631


**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $83,307.00**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/25/2019 | $100.00 | 5805846000 | 05/02/2019 | $100.00 | 5830969000 |
| 06/04/2019 | $100.00 | 5913274000 | 07/02/2019 | $230.00 | 5985036000 |
| 08/05/2019 | $232.00 | 6072307000 | 09/04/2019 | $600.00 | 6149684000 |
| 10/03/2019 | $600.00 | 6226053000 | 11/05/2019 | $600.00 | 6309284000 |
| 12/09/2019 | $600.00 | 6392561000 | 01/06/2020 | $600.00 | 6457535000 |
| 02/05/2020 | $600.00 | 6531021000 | 03/04/2020 | $600.00 | 6613191000 |
| 04/06/2020 | $600.00 | 6690723000 | 06/01/2020 | $600.00 | 6828797000 |
| 07/01/2020 | $600.00 | 6907995000 | 07/30/2020 | $600.00 | 6973041000 |
| 09/03/2020 | $600.00 | 7062035000 | 10/07/2020 | $600.00 | 7144814000 |
| 10/29/2020 | $600.00 | 7191581000 | 12/04/2020 | $600.00 | 7285048000 |
| 12/29/2020 | $600.00 | 7336402000 | 01/06/2021 | $600.00 | 7361193000 |
| 02/02/2021 | $600.00 | 7425881000 | 03/02/2021 | $600.00 | 7495866000 |
| 04/06/2021 | $600.00 | 7581160000 | 05/04/2021 | $600.00 | 7647153000 |
| 06/03/2021 | $600.00 | 7717538000 | 07/06/2021 | $600.00 | 7788769000 |
| 08/03/2021 | $600.00 | 7853699000 | 09/02/2021 | $600.00 | 7921470000 |
| 10/04/2021 | $600.00 | 7990637000 | 11/03/2021 | $600.00 | 8059616000 |
| 12/02/2021 | $600.00 | 8118840000 | 01/03/2022 | $600.00 | 8184168000 |
| 02/03/2022 | $600.00 | 8252976000 | 03/02/2022 | $600.00 | 8313538000 |
| 04/04/2022 | $600.00 | 8379756000 | 05/03/2022 | $600.00 | 8444052000 |
| 06/02/2022 | $4,000.00 | 8503224000 | 07/01/2022 | $5,000.00 | 8561502000 |
| 07/01/2022 | $9,997.00 | 8561548000 | 08/02/2022 | $1,952.00 | 8624352000 |
| 09/06/2022 | $1,970.00 | 8688779000 | 10/04/2022 | $2,095.00 | 8747532000 |
| 11/02/2022 | $2,095.00 | 8803719000 | 12/05/2022 | $2,095.00 | 8862400000 |
| 01/04/2023 | $2,095.00 | 8919203000 | 02/03/2023 | $2,095.00 | 8977467000 |
| 03/06/2023 | $2,095.00 | 9040246000 | 04/04/2023 | $2,095.00 | 9092775000 |
| 05/03/2023 | $2,095.00 | 9147656000 | 06/05/2023 | $2,095.00 | 9205790000 |
| 07/05/2023 | $2,095.00 | 9257066000 | 08/08/2023 | $2,095.00 | 9317876000 |
| 09/06/2023 | $2,095.00 | 936369000 | 10/06/2023 | $2,095.00 | 9419221000 |
| 11/02/2023 | $2,095.00 | 9463283000 | 12/13/2023 | $2,006.99 | |

**Chapter 13 Case # 19-16924**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/10/2024 | $2,013.99 | | 02/14/2024 | $2,006.99 | |
| 03/12/2024 | $2,000.00 | | 04/23/2024 | $2,006.00 | |
| 06/05/2024 | $462.09 | | 06/17/2024 | ($0.06) | 2001000 |

**Total Receipts: $83,307.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $83,307.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 4,685.81 | |
| ATTY | ATTORNEY | ADMIN | 10,290.20 | 100.00% | 10,290.20 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 30,707.90 | * | 22,293.81 | |
| 0002 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 8,857.25 | * | 6,430.33 | |
| 0004 | CHASE BANK USA NA | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0005 | COMENITY/VICTORIA SECRET | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | FIFTY EAST FORTY COMPANY LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | HACKENSACK UNIVERSITY MEDICAL GI | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | M & T BANK | MORTGAGE ARRE | 4,314.33 | 100.00% | 4,314.33 | |
| 0009 | PNC BANK | MORTGAGE ARRE | 20.00 | 100.00% | 20.00 | |
| 0012 | CHASE BANK USA NA | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 47,804.52 | * | 34,705.88 | |
| 0014 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 780.50 | * | 566.64 | |

**Total Paid: $83,307.00**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK | | | | | | | |
| | 11/16/2020 | $20.55 | 859572 | | 11/16/2020 | $31.99 | 859572 |
| | 12/21/2020 | $300.98 | 861395 | | 12/21/2020 | $193.34 | 861395 |
| | 05/17/2021 | $157.77 | 870296 | | 05/17/2021 | $245.61 | 870296 |
| | 06/21/2021 | $305.86 | 872097 | | 06/21/2021 | $196.47 | 872097 |
| | 07/19/2021 | $196.47 | 873902 | | 07/19/2021 | $305.86 | 873902 |
| | 08/16/2021 | $305.87 | 875586 | | 08/16/2021 | $196.48 | 875586 |
| | 10/18/2021 | $66.32 | 879092 | | 10/18/2021 | $103.25 | 879092 |
| | 11/17/2021 | $309.12 | 880803 | | 11/17/2021 | $198.57 | 880803 |
| | 12/13/2021 | $198.57 | 882439 | | 12/13/2021 | $309.12 | 882439 |
| | 01/10/2022 | $309.12 | 884092 | | 01/10/2022 | $198.56 | 884092 |
| | 02/14/2022 | $198.56 | 885782 | | 02/14/2022 | $309.12 | 885782 |
| | 03/14/2022 | $309.10 | 887496 | | 03/14/2022 | $198.57 | 887496 |
| | 04/18/2022 | $201.70 | 889191 | | 04/18/2022 | $314.00 | 889191 |
| | 05/16/2022 | $247.29 | 890904 | | 05/16/2022 | $158.85 | 890904 |
| | 08/15/2022 | $6,630.70 | 895883 | | 08/15/2022 | $10,322.34 | 895883 |
| | 10/17/2022 | $523.07 | 899159 | | 10/17/2022 | $336.00 | 899159 |
| | 11/14/2022 | $689.68 | 900736 | | 11/14/2022 | $1,073.65 | 900736 |
| | 12/12/2022 | $1,073.66 | 902291 | | 12/12/2022 | $689.68 | 902291 |
| | 01/09/2023 | $689.67 | 903778 | | 01/09/2023 | $1,073.65 | 903778 |
| | 02/13/2023 | $1,073.65 | 905299 | | 02/13/2023 | $689.67 | 905299 |
| | 03/13/2023 | $689.67 | 906913 | | 03/13/2023 | $1,073.65 | 906913 |
| | 04/17/2023 | $1,073.65 | 908498 | | 04/17/2023 | $689.67 | 908498 |
| | 05/15/2023 | $689.77 | 910130 | | 05/15/2023 | $1,073.57 | 910130 |
| | 06/12/2023 | $1,062.44 | 911592 | | 06/12/2023 | $682.26 | 911592 |

**Chapter 13 Case # 19-16924**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 07/17/2023 | $682.45 | 913105 | | 07/17/2023 | $1,062.16 | 913105 |
| | 08/14/2023 | $1,062.29 | 914621 | | 08/14/2023 | $682.37 | 914621 |
| | 09/18/2023 | $682.37 | 916122 | | 09/18/2023 | $1,062.29 | 916122 |
| | 10/16/2023 | $1,062.28 | 917615 | | 10/16/2023 | $682.37 | 917615 |
| | 11/13/2023 | $671.43 | 919045 | | 11/13/2023 | $1,045.25 | 919045 |
| | 12/11/2023 | $1,045.25 | 920467 | | 12/11/2023 | $671.43 | 920467 |
| | 01/08/2024 | $643.19 | 921854 | | 01/08/2024 | $1,001.37 | 921854 |
| | 02/12/2024 | $1,004.83 | 923203 | | 02/12/2024 | $645.46 | 923203 |
| | 03/11/2024 | $643.22 | 924659 | | 03/11/2024 | $1,001.33 | 924659 |
| | 04/15/2024 | $997.85 | 926085 | | 04/15/2024 | $640.99 | 926085 |
| | 05/10/2024 | $642.90 | 927567 | | 05/10/2024 | $1,000.84 | 927567 |
| | 06/17/2024 | $230.52 | 928966 | | 06/17/2024 | $148.08 | 928966 |
| CAPITAL ONE BANK (USA), N.A. | | | | | | | |
| | 11/16/2020 | $5.93 | 859665 | | 12/21/2020 | $55.77 | 861484 |
| | 05/17/2021 | $45.51 | 870383 | | 06/21/2021 | $56.67 | 872191 |
| | 07/19/2021 | $56.67 | 873989 | | 08/16/2021 | $56.67 | 875670 |
| | 10/18/2021 | $19.13 | 879182 | | 11/17/2021 | $57.26 | 880887 |
| | 12/13/2021 | $57.27 | 882523 | | 01/10/2022 | $57.27 | 884178 |
| | 02/14/2022 | $57.27 | 885868 | | 03/14/2022 | $57.29 | 887574 |
| | 04/18/2022 | $58.18 | 889284 | | 05/16/2022 | $45.82 | 890986 |
| | 08/15/2022 | $1,912.53 | 895970 | | 10/17/2022 | $96.92 | 899234 |
| | 11/14/2022 | $198.92 | 900810 | | 12/12/2022 | $198.93 | 902366 |
| | 01/09/2023 | $198.93 | 903848 | | 02/13/2023 | $198.93 | 905378 |
| | 03/13/2023 | $198.93 | 906991 | | 04/17/2023 | $198.93 | 908577 |
| | 05/15/2023 | $198.91 | 910198 | | 06/12/2023 | $196.79 | 911662 |
| | 07/17/2023 | $196.86 | 913183 | | 08/14/2023 | $196.82 | 914701 |
| | 09/18/2023 | $196.82 | 916197 | | 10/16/2023 | $196.82 | 917679 |
| | 11/13/2023 | $193.66 | 919117 | | 12/11/2023 | $193.66 | 920534 |
| | 01/08/2024 | $185.53 | 921917 | | 02/12/2024 | $186.17 | 923271 |
| | 03/11/2024 | $185.53 | 924721 | | 04/15/2024 | $184.88 | 926160 |
| | 05/10/2024 | $185.44 | 927631 | | 06/17/2024 | $42.71 | 929034 |
| M & T BANK | | | | | | | |
| | 10/21/2019 | $1,314.73 | 8001252 | | 05/18/2020 | $296.13 | 8001543 |
| | 07/20/2020 | $552.44 | 8001662 | | 08/17/2020 | $552.44 | 8001722 |
| | 09/21/2020 | $552.44 | 8001785 | | 10/19/2020 | $552.43 | 8001845 |
| | 11/16/2020 | $493.72 | 8001901 | | | | |
| PNC BANK | | | | | | | |
| | 10/21/2019 | $6.09 | 835848 | | 08/17/2020 | $6.49 | 854638 |
| | 10/19/2020 | $5.13 | 858338 | | 11/16/2020 | $2.29 | 860120 |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 12/21/2020 | $5.43 | 861206 | | 06/21/2021 | $9.00 | 871871 |
| | 07/19/2021 | $5.00 | 873695 | | 10/18/2021 | $6.69 | 878881 |
| | 11/17/2021 | $5.04 | 880585 | | 12/13/2021 | $5.05 | 882222 |
| | 01/10/2022 | $5.05 | 883880 | | 02/14/2022 | $5.05 | 885553 |
| | 03/14/2022 | $5.04 | 887275 | | 04/18/2022 | $5.13 | 888938 |
| | 08/15/2022 | $172.56 | 895655 | | 10/17/2022 | $8.55 | 898919 |
| | 11/14/2022 | $17.52 | 900485 | | 12/12/2022 | $17.53 | 902058 |
| | 01/09/2023 | $17.53 | 903549 | | 02/13/2023 | $17.53 | 905053 |
| | 03/13/2023 | $17.53 | 906668 | | 04/17/2023 | $17.53 | 908233 |
| | 05/15/2023 | $17.53 | 909876 | | 06/12/2023 | $17.34 | 911334 |
| | 07/17/2023 | $17.35 | 912850 | | 08/14/2023 | $17.34 | 914370 |
| | 09/18/2023 | $17.34 | 915865 | | 10/16/2023 | $17.35 | 917368 |
| | 11/13/2023 | $17.07 | 918795 | | 12/11/2023 | $17.07 | 920215 |
| | 01/08/2024 | $16.34 | 921617 | | 02/12/2024 | $16.41 | 922943 |
| | 03/11/2024 | $16.35 | 924409 | | 04/15/2024 | $16.29 | 925824 |
| | 05/10/2024 | $16.34 | 927317 | | 06/17/2024 | $3.76 | 928688 |

**Chapter 13 Case # 19-16924**

## SUMMARY

| |
|---|
| Summary of all receipts and disbursements from the date the case was filed , to and including: July 10, 2024. |
| Receipts: $83,307.00    -    Paid to Claims: $68,330.99    -    Admin Costs Paid: $14,976.01    =    Funds on Hand: $0.00 |
| Base Plan Amount: $83,307.00    -    Receipts: $83,307.00    =    Total Unpaid Balance: **$0.00 |

**\*\*NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.