Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−16924−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Ildiko Pekar
    273 Leonia Avenue
    Leonia, NJ 07605−1616

Social Security No.:
    xxx−xx−7731

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

    TO: Ildiko Pekar
        Debtor(s)

    You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under
Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether
the debtor has cured the default and paid post−petition amounts.

Dated: July 30, 2024
JAN: dlr

Jeanne Naughton, Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-16924-JKS

Ildiko Pekar                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                              User: admin                                    Page 1 of 2
Date Rcvd: Jul 30, 2024                          Form ID: ntcfncur                       Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2024:**

| Recip ID | Recipient Name and Address |
|----------|----------------------------|
| db | Ildiko Pekar, 273 Leonia Avenue, Leonia, NJ 07605-1616 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2024                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2024 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Jaclynn McDonnell | on behalf of Creditor Norgaard O'Boyle & Hannon jmcdonnell@genovaburns.com  dmendez@genovaburns.com |
| Jaclynn McDonnell | on behalf of Attorney Norgaard O'Boyle jmcdonnell@genovaburns.com  dmendez@genovaburns.com |
| Jaclynn McDonnell | on behalf of Debtor Ildiko Pekar jmcdonnell@genovaburns.com  dmendez@genovaburns.com |
| Karl J. Norgaard | on behalf of Debtor Ildiko Pekar knorgaard@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor M&T BANK laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

District/off: 0312-2
User: admin
Page 2 of 2

Date Rcvd: Jul 30, 2024
Form ID: ntcfncur
Total Noticed: 1

Phillip Andrew Raymond
on behalf of Creditor M&T BANK phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com

Richard Gerbino
on behalf of Creditor M&T BANK rgerbino@schillerknapp.com  lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com

Richard James Tracy, III
on behalf of Creditor M&T BANK richard.tracy.iii@gmail.com
tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers, III
on behalf of Creditor JPMorgan Chase Bank  National Association ecf@powerskirn.com


TOTAL: 13